# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARRICK RUCKER, on behalf of his minor children DYLAN and MALEAH RUCKER, MILES WOOD, and CHERYL WOOD, on behalf of the minor GRACE WOOD** | * CIVIL ACTION NO. <br> * <br> * <br> * <br> * MAGISTRATE <br> * |
| **Plaintiffs,** | * |
| vs. | * <br> * |
| **TROY BRIGHAM, TRITEX FREIGHTERS, LLC, SENTRY SELECT INSURANCE COMPANY, and SHELTER MUTUAL INSURANCE COMPANY** | * <br> * <br> * <br> * JURY TRIAL DEMANDED <br> * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, **Dylan Rucker and Maleah Rucker**, minors through their father and natural tutor, Garrick Rucker, **Miles Wood** in his individual capacity, and **Grace Wood**, through her legal tutrix Cheryl Wood, all of whom are domiciled in the Eastern District of Louisiana. All Plaintiffs respectfully aver that they are entitled to all damages as are reasonable and represent the following:

### I. JURISDICTION AND VENUE

1. Jurisdiction arises in this Court pursuant to 28 U.S.C. § 1332. Defendants herein are all citizens of states other than Louisiana. The amount in controversy exceeds seventy-five thousand dollars ($75,000.00).

2. Venue is also proper in this Court. The events, actions, or omissions giving rise to the instant lawsuit, specifically the motor vehicle accident which occurred in St. Tammany Parish,

occurred within the Eastern District of Louisiana.  All Plaintiffs are domiciled in the Eastern District of Louisiana.

## II.    PARTIES

3. Dylan Rucker, Maleah Rucker, and Grace Wood, who are the biological children of Ms. Jennifer Gibson, each bring a survival action pursuant to La. Civ. Code art. 2315.1(A)(1) and a wrongful death action pursuant to La. Civ. Code art. 2315.2(A)(1).

4. Garrick Rucker is the legal guardian and tutor of Plaintiffs Dylan and Maleah Rucker.  An order to this effect is dated March 28, 2016 and filed in the 21st Judicial District Court, Suit No. 2016-0000864, entitled *Tutorship of Dylan Rucker and Maleah Rucker*.

5. Cheryl Wood is the legal guardian and tutrix of Plaintiff Grace Wood.  These proceedings are found in the 22st Judicial District Court, Suit No. 2016-0000864, entitled *Tutorship of Grace Wood*.

6. Made Defendants herein are:

- **TROY BRIGHAM**, a person of the full age of majority, domiciled in the city of Dallas, County of Dallas, State of Texas, at 301 W. Elmore Avenue;

- **TRITEX FREIGHTERS, LLC**, a company domiciled in the city of McKinney, County of Collin, State of Texas, at 901 N. McDonald Street;

- **SENTRY SELECT INSURANCE COMPANY**, upon information and belief a foreign insurer authorized to do and doing business in the State of Louisiana, in its capacity as the liability insurer of Troy Brigham and Tritex Freighters, LLC, who has not designated a registered agent for service of process in Louisiana, is believed to be domiciled in the city of Stevens Point, County of Portage, State of Wisconsin, at 1800 Northpoint Drive, and will be served through the Louisiana Secretary of State in accordance with La. R.S. 22:985; and

- **SHELTER MUTUAL INSURANCE COMPANY**, upon information and belief a foreign insurer authorized to do and doing business in the State of Louisiana, in its capacity as the uninsured/underinsured motorist insurer of Miles and Cheryl Wood, who has not designated a registered agent for service of process in Louisiana, is believed to be domiciled in the city of Columbia, State of Missouri, at 1817 W. Broadway, and will be served through the Louisiana Secretary of State in accordance with La. R.S. 22:985.

7. These Defendants are justly and truly indebted to Plaintiffs in an amount sufficient to satisfy the jurisdictional requirements of this Court together with interest thereon from date of judicial demand until paid for all costs of these proceedings, for reasonable attorney's fees to the extent recoverable, and for all other reasonable general and equitable relief allowed under the law for the reasons that follow:

### III.   FACTUAL BACKGROUND

8. On April 29, 2015, at or around 8:00 p.m., Plaintiff Miles Wood and passenger Jennifer Gibson were traveling in a 2014 Nissan Maxima headed westbound on U.S. Highway 190 ("U.S. 190"), near milepost 257, in St. Tammany Parish, Louisiana.

9. At that same time, ahead of the Plaintiffs' vehicle, Defendant Troy Brigham was attempting a dangerous and/or illegal maneuver in a private driveway on the side of U.S. 190, while operating a tractor semi-trailer with an enclosed box, with three additional occupants aged 22, 6, and 3 years old.

10. At the aforementioned time and place, suddenly and without warning or justification, Defendant Brigham's semi-trailer attempted to re-enter U.S. 190 and "cut-off" Plaintiff's vehicle causing a violent full-speed collision with Plaintiffs in their lane of travel.

11. At all times relevant to the proceedings Plaintiff exercised all due care, caution and safety, and obeyed all traffic laws and safety regulations.

12. Conversely, Defendant Brigham operated his vehicle in a careless, reckless, and/or negligent manner, in violation of traffic laws and federal and State motor-vehicle safety-standards.

13. Defendant Brigham's careless, reckless, and/or negligent acts and/or omissions caused the collision, damages, and wrongful death described herein.

14. The collision and damages to Plaintiff Miles Wood and Plaintiffs' mother were caused by the carelessness, recklessness, and/or negligence of Defendant Brigham in the following non-exclusive particulars:

    a) Reckless and/or careless driving;

    b) Operating a motor vehicle in an unsafe manner;

    c) Failing to see what should have been seen;

    d) Failing to maintain a proper lookout;

    e) Failing to take proper safety precautions under the circumstances;

    f) Failing to maintain control;

    g) Failing to abide by traffic regulations;

    h) Attempting a dangerous maneuver using a private drive near a highway;

    i) Failing to comply with prevailing motor vehicle safety standards;

    j) Failing to maintain safety equipment on vehicle; and

    k) Any and all other acts of negligence or other fault to be proven at trial.

15. As the proximate result of the subject collision, Plaintiff Miles Wood suffered severe permanent damages including physical pain and suffering, emotional distress, disability, medical and related costs and all other damages to be established and proven at trial of this matter. Mr. Wood was transported from the accident site to University Medical Center in New Orleans.

16.     The minor Plaintiffs' Mother, Ms. Gibson, suffered severe damages including physical pain and suffering, emotional distress, medical and related costs, and all other damages to be established and proven at trial of this matter.  Her injuries also were the cause of her eventual wrongful death. Ms. Gibson was transported from the accident site to University Medical Center in New Orleans.

17.     The three minor Plaintiffs' damages come as a result of the wrongful death of their biological mother, Ms. Jennifer Gibson, due to the negligence of Defendants, as well as in the form of a survival action for the pain and suffering their mother endured between the time of the collision and her death.

18.     Defendant Tritex Freighters, LLC, was the carrier/owner of Defendant Brigham's tractor semi-trailer that was involved in the accident.  Defendant Tritex is also responsible under the legal doctrine of *respondeat superior*.

19.     Defendant Sentry Select Insurance Company issued a policy of insurance applicable to the tractor semi-trailer operated by Defendant Brigham.  Said policy included coverage for Plaintiffs' damages described herein.

20.     Defendant Shelter Mutual Insurance Company insured Plaintiffs' vehicle with uninsured/underinsured motorist bodily injury coverage.  Said insurance policies provide additional coverage for the damages described herein.

21.     Accordingly, Defendants are responsible jointly and severally, *in solido*, to Plaintiff Mr. Wood for all aforementioned damages and the three minor Plaintiffs for damages in the following non-exclusive particulars (past and future):

    a)  Medical and related expenses;

    b)  Mental anguish;

    c) Physical pain and suffering;

    d) Loss of enjoyment of life;

    e) Wrongful death;

    f) Survival Action;

    g) Loss of consortium;

    h) Loss of wages;

    i) Out of pocket expenses;

    j) Property damages; and

    k) Any other items to be proven at trial.

## IV.  DEMAND FOR TRIAL BY JURY

22. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs hereby demand a trial by jury on all questions of fact raised by the Complaint.

## V.  RELIEF SOUGHT

23. **WHEREFORE**, Plaintiffs, Miles Wood, Dylan Rucker, Maleah Rucker, and Grace Wood, pray that the Defendants herein, Troy Brigham, Tritex Freighters, LLC, Sentry Select Insurance Company, and Shelter Mutual Insurance Company be served and duly cited to appear and answer this Petition as provided by law; and that after all legal delays and due proceedings are completed, that there be judgment rendered in favor of the Plaintiffs and against the Defendants, jointly and severally *in solido*, for any and all damages described herein and/or proven at trial of this matter, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, for reasonable attorney's fees to the extent recoverable, and for all other general and equitable relief which may be appropriate under the circumstances.

Respectfully submitted:

_____
**Kenneth C. Bordes (LA Bar #35668)**
**KENNETH C. BORDES,**
**ATTORNEY AT LAW, LLC**
2725 LAPEYROUSE ST.
NEW ORLEANS, LA 70119
P: 504-588-2700
F: 504-708-1717
E: KCB@KENNETHBORDES.COM

*ATTORNEY FOR PLAINTIFFS*