UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUCKER, ET AL. | * | 16-cv-3800 |
| | * | |
| v. | * | SECT: "G" (4) |
| | * | |
| BRIGHAM, ET AL. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL MEMORANDUM FOR COURT APPROVAL OF MINOR SETTLEMENT

Now into Court comes Plaintiff, Cheryl Wood on behalf of the Minor Grace Wood, who files this *Supplemental Motion for Court Approval of Minor Settlement* for the minor Grace Wood because Plaintiff's prior filing inadvertently contained unexecuted affidavits in Exhibits B and C.

The executed affidavits in support of Plaintiff's Motion are attached here.

WHEREFORE, Plaintiff respectfully requests this Court admit this Supplemental Memorandum and attached exhibits into the record and recognize and approve Ms. Wood's right to approve and accept the settlement of the minor, Grace Wood, in this matter.

Respectfully submitted,

By:     /s/ Kenneth C. Bordes
**Kenneth C. Bordes (Bar #35668)**
**KENNETH C. BORDES,**
**ATTORNEY AT LAW, LLC**
2725 LAPEYROUSE ST.
NEW ORLEANS, LA 70119
P: 504-588-2700
F: 504-708-1717
E: KCB@KENNETHBORDES.COM

AND

LAWRENCE J. CENTOLA, AND
CHRISTOPHER H. CARBINE

                                          MARTZELL, BICKFORD, AND CENTOLA
                                        338 Lafayette St,
                                        New Orleans, LA 70130
                                        T: 504-581-9065
                                        F: 504-581-7635
                                        E: lcentola@mbfirm.com and
                                        ccarbine@mbfirm.com

                                        *ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been electronically filed with the Clerk of Court and served on opposing counsel via the CM/ECF system in accordance with LR 5.4 and Fed. R. Civ. P. 5(b)(3) on this 13th day of June, 2017.

                                  _____/s/ Kenneth C. Bordes_____
                                              Kenneth C. Bordes